JOHN C. BROWN (State Bar # 195804)
REDENBACHER & BROWN, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Plaintiff, j2 GLOBAL COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE JAY, INC., *et al.*,<br><br>Defendants. | Case No.: ____08-04254 PJH<br><br>**j2 GLOBAL COMMUNICATIONS, INC'S. REQUEST TO CLERK TO ENTER DEFAULT OF NEIL LUXENBERG** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff j2 Global Communications, Inc. hereby requests that the Clerk of the above-entitled Court enter default on this matter against defendant Neil Luxenberg on the ground that said defendant has filed to file an Answer or other responsive pleading within ten days after the denial of his Motion to Quash for lack of personal jurisdiction. As more specifically set forth in the accompanying Declaration of John C. Brown ("Brown decl."), the Court entered its Order on Luxenberg's Motion to Quash on January 5, 2009 (document #27), thereby giving notice to Luxenberg of the Order. Brown decl., ¶ 7. The Order did not specify a date for the filing by Luxenberg of his Answer or other responsive pleading, meaning that Federal Rule of Civil Procedure 12(a)(4)(A) required his Answer or other responsive pleading to be filed within ten

1

1 days of the notice of entry of the January 5, 2009 Order. On January 16, 2009, j2's counsel
2 advised Luxenberg's counsel that j2 intended to take a default on January 23 if Luxenberg had
3 not filed an Answer or responsive pleading as of that date. Brown decl., ¶ 7. As of the
4 preparation of this Request on January 23, 2009, Luxenberg has not filed an Answer or other
5 responsive pleading, nor has he requested an extension of time to do so.

The above stated facts and additional supporting facts are set forth in the accompanying Declaration of John C. Brown, filed herewith.

Date: January 23, 2009         REDENBACHER & BROWN, LLP

By _____
   JOHN C. BROWN
Attorneys for Plaintiff j2 GLOBAL
COMMUNICATIONS, INC.