JOHN C. BROWN (State Bar # 195804)
REDENBACHER & BROWN, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Plaintiff, j2 GLOBAL COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| j2 GLOBAL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BLUE JAY, INC., *et al.*, <br><br> Defendants. | Case No.: \_\_\_\_08-04254 PJH <br><br> **DECLARATION OF JOHN C. BROWN IN SUPPORT OF j2 GLOBAL COMMUNICATIONS, INC'S. REQUEST TO CLERK TO ENTER DEFAULT OF NEIL LUXENBERG** |

I, John C. Brown, declare:

1. I am a competent adult individual person and an attorney at law licensed to practice before the courts of California and this court. I represent the plaintiff, j2 Global Communications, Inc., in the instant legal action.

2. I make this declaration of my own personal knowledge and, if called upon to testify, could and would testify competently as stated herein.

3. j2 filed its action against Neil Luxenberg and other related defendants in the San Francisco Superior Court on June 3, 2008 and served defendant Neil Luxenberg with the Summons and Complaint on August 8, 2008, as described in the attached Exhibit 1.

1

4. On September 9, 2008, Luxenberg served his Notice of Removal on j2 and removed the action to this Court (docket entry #1). Luxenberg entered his appearance through his attorneys John G. Gherini and Micki S. Singer of Sedgwick Detert Moran & Arnold LLP.

5. On September 24, 2008, j2 filed its First Amended Complaint (docket entry #6).

6. On October 14, 2008, Luxenberg filed his Motion to Dismiss for Lack of Jurisdiction and Memorandum of Points and Authorities in Support of Same (docket entry #7), setting the motion for hearing on December 3, 2008.

7. On January 5, 2009, the Court entered its Order Denying Luxenberg's Motion to Dismiss (document #27), thereby giving notice to Luxenberg of the Order. The Order did not specify a date for the filing by Luxenberg of his Answer or other responsive pleading. On January 16, 2009, I advised Luxenberg's counsel by telephone that his responsive pleading was overdue. I advised counsel both by telephone and by the email attached as Exhibit 2 that j2 intended to take a default on January 23, 2009 if Luxenberg had not filed an Answer or responsive pleading as of that date.

8. As of January 23, 2009, Luxenberg has not filed an Answer or other responsive pleading to the First Amended Complaint. Nor have I received any request for an extension of time to file from Luxenberg.

9. To the best of my knowledge, Luxenberg is neither a minor nor incompetent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this 23rd day of January 2009 in San Francisco, California.

*John C. Brown*

JOHN C. BROWN

2

**EXHIBIT 1**

| | | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>John C. Brown (195804)<br>REDENBACHER & BROWN, L.L.P.<br>580 California Street, Suite 1600<br>San Francisco, CA 94101<br>TELEPHONE NO: 415-409-8600  FAX NO *(Optional)*: 415-520-0141<br>E-MAIL ADDRESS *(Optional)*: jbrown@redbrownlaw.com<br>ATTORNEY FOR *(Name)*: j2 GLOBAL COMMUNICATIONS, INC. | | FOR COURT USE ONLY<br><br>ENDORSED<br>FILED<br>Superior Court of California<br>County of San Francisco<br><br>AUG 2 0 2008<br><br>GORDON PARK-LI, Clerk<br>BY: CAROLYN BALISTRERI<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Unlimited | | |
| PLAINTIFF/PETITIONER: j2 GLOBAL COMMUNICATIONS, INC.<br>DEFENDANT/RESPONDENT: BLUE JAY, INC., et al. | | CASE NUMBER:<br>CGC 08-475914 |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      Neil Luxenberg aka Neil Law

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*

4. Address where the party was served:
   4057 Delos Drive, Las Vegas, Nevada 89103

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:  (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 08/08/2008 at *(time)*: 11:45 a  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Ricahrd Hudock, co-resident
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [✓] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 08/11/08 from *(city)*: Henderson, NV  or [ ] a declaration of mailing is attached.
      (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: j2 GLOBAL COMMUNICATIONS, INC. | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: BLUE JAY, INC., et al. | CGC 08-475914 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                              (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)             ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                                                                         ☐ other:

7. **Person who served papers**
  a. Name: Stephen T. Popovich, Southern Nevada Process Service, NV License Number 662
  b. Address: 9017 S PECOS RD STE 4435, HENDERSON, NV 89074
  c. Telephone number: 702 319-5300
  d. **The fee** for service was: $ 45.00
  e. I am:
    (1) ☑ not a registered California process server
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b)
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 08/13/2008

Stephen T. Popovich                           ▶ *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

|   |   |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address):<br>John C. Brown (195804)<br>REDENBACHER & BROWN, L.L.P.<br>580 California Street, Suite 1600<br>San Francisco, CA 94101<br>TELEPHONE NO: 415-409-8600    FAX NO (Optional): 415-520-0141<br>E-MAIL ADDRESS (Optional): jbrown@redbrownlaw.com<br>ATTORNEY FOR (Name): j2 GLOBAL COMMUNICATIONS, INC. | FOR COURT USE ONLY |

MC-030

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Unlimited

PLAINTIFF/PETITIONER: j2 GLOBAL COMMUNICATIONS, INC.
DEFENDANT/RESPONDENT: BLUE JAY, INC., et al.

**DECLARATION**

CASE NUMBER: CGC 08-475914

I, STEPHEN T. POPOVICH, Declare: That at all times herein declarant was over 18 years of Age, licensed to serve civil process in the State of Nevada under license number 662, not a party to or interested in the proceeding in which this affidavit is made. That Affiant received the SUMMONS; NOTICE; COMPLAINT; and ALTERNATIVE DISPUTE RESOLUTION on the 1st day of August, 2008 and attempted to serve the same by delivering a copy to the Defendant, Neil Luxenberg aka Neil Law
at 4057 Delos Drive, Las Vegas, Nevada 89103, a residence
with the following results:
08/04/2008, 3:20 p.m. No answer. Gate locked - can't get to the door or door bell.
08/05/2008, 9:45 a.m. No answer.
08/07/2008, 10:30 a.m. Male co-resident said that Neil Luxenberg lived there but was not home and to try back after five p.m.
08/07/2008, 6:35 p.m. No answer at the door.
08/08/2008, 11:45 a.m. Richard Hudock, co-resident stated that Neil Luxenberg was not there.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date 08/13/2008

Stephen T. Popovich
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF DECLARANT)

[ ] Attorney for  [ ] Plaintiff  [ ] Petitioner  [ ] Defendant
[ ] Respondent  [✓] Other (Specify): Process Server

.com

## Postage Transaction Record
Monday, August 11, 2008

Device ID: 062S000515626
Print Date: August 11, 2008 - 02:38:06 PM
Mail Date: August 11, 2008
User: snvps
Customer ID: 1886424

Return Address: SOUTHERN NEVADA PROCESS SERVICE
NEVADA LICENSE #662
9017 S PECOS RD STE 4435
HENDERSON NV 89074
FORWARDING SERVICE REQUESTED

Delivery Address: NEIL LUXENBURG aka NEIL LAW
4057 DELOS Dr
LAS VEGAS NV 89103-2537

Weight: 0 lbs 7 oz

Refund Type: Mail-In

Cost: Postage
  Mail Class
    First-Class Mail®: $1.85

**Total Cost:** $1.85

# EXHIBIT 2

# John C. Brown

**From:** John C. Brown [jbrown@redbrownlaw.com]
**Sent:** Friday, January 16, 2009 2:37 PM
**To:** 'Rogers, John W.'; 'Gherini, John'; 'Micki.Singer@sdma.com'
**Subject:** j2 v. Blue Jay/Luxnberg; Luxenberg default

Neil Luxenberg is in default per FRCP 12a4A. As I discussed with John Rogers, j2 will request his default on 1/23 if he has not responded as of that date. j2 will then take a default judgment within a reasonable period of time as permitted by the federal and local rules. Please contact me immediately if you anticipate that Mr. Luxenberg will file a response. Thank you.

John C. Brown
Redenbacher & Brown, L.L.P.
580 California Street, Suite 1600
San Francisco, CA 94104
Telephone:  415-409-8600
Facsimile:  415-520-0141
jbrown@redbrownlaw.com
www.redbrownlaw.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender at jbrown@redbrownlaw.com