UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J2 GLOBAL COMMUNICATIONS,

    Plaintiff,

    v.

BLUE JAY INC., et al.,

    Defendants.
_____/

No. C 08-4254 PJH

**ORDER VACATING CASE MANAGEMENT CONFERENCE DATE**

The court is in receipt of plaintiff's ex parte application to continue the October 22, 2009 case management conference, as well as plaintiff's notice that its application for default judgment by the court remains under submission.

Plaintiff's request to vacate the case management conference is granted, and the October 22 conference date is hereby VACATED. The court further notifies plaintiff that it will review the pending report and recommendation as soon as practicable, but that the court is *extremely* busy.

**IT IS SO ORDERED.**

Dated: October 19, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge