1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   J2 GLOBAL COMMUNICATIONS, INC.,
8              Plaintiff(s),                    No. C 08-4254 PJH
9        v.                                     **ORDER ADOPTING**
                                                **MAGISTRATE JUDGE'S REPORT**
10  BLUE JAY INC., et al.,                      **AND RECOMMENDATION**
11
             Defendant(s).
12  _____/
13          The court has reviewed Magistrate Judge Chen's Report and Recommendation Re:

14  plaintiff's motion for default judgment, as well as plaintiff's objection to the report.  The court

15  finds the Report correct, well-reasoned and thorough, and adopts it in every respect, except

16  that the scope of the injunction shall be limited as suggested by plaintiff in its objection.

17  Accordingly, plaintiff's motion for a default judgment is GRANTED.

18          IT IS SO ORDERED.

19  Dated:  December 1, 2009

20
                                        _____
21                                      PHYLLIS J. HAMILTON
                                        United States District Judge
22
23
24
25
26
27
28