UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J2 GLOBAL COMMUNICATIONS, INC.,

       Plaintiff(s),                       No. C 08-4254 PJH

    v.                                 **JUDGMENT AND PERMANENT INJUNCTION**

BLUE JAY INC., et al.,

       Defendant(s).
_____/

       The court having granted plaintiff's motion for default judgment as to defendant Neil Luxenberg, and all other defendants having been dismissed,

       it is Ordered and Adjudged

       that plaintiff shall recover from defendant Neil Luxenberg damages in the amount of $42,000.00 and the costs of suit.

       Additionally,

       Defendant NEIL LUXENBERG is enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any of the following acts:  using any telephone fax machine, computer, or other device to send, directly or indirectly, to a telephone fax machine belonging to j2 GLOBAL COMMUNICATIONS, INC., an advertisement of the commercial availability or quality of any property, goods, or services without the recipient's prior express invitation or permission of j2 GLOBAL COMMUNICATIONS, INC., in writing or otherwise.

       Notwithstanding this provision, NEIL LUXENBERG may send to a telephone fax machine belonging to j2 GLOBAL COMMUNICATIONS, INC., a facsimile of the commercial availability or quality of any property, goods, or services if the following are

true:

    (i)    NEIL LUXENBERG has an established business relationship with j2 GLOBAL COMMUNICATIONS, INC. or the j2 GLOBAL COMMUNICATIONS, INC. customer to which he directs the facsimile advertisement; and

    (ii)    NEIL LUXENBERG obtains the number of the j2 GLOBAL COMMUNICATIONS, INC. telephone fax machine through:

        (a)    the voluntary communication of such number, within the context of such established business relationship, from j2 GLOBAL COMMUNICATIONS, INC. or from the j2 GLOBAL COMMUNICATIONS, INC. customer to which NEIL LUXENBERG directs the facsimile, or from

        (b)    a directory, advertisement, or Internet site to which j2 GLOBAL COMMUNICATIONS, INC., or the customer to which NEIL LUXENBERG directs the facsimile, voluntarily agreed to make available the facsimile number for public distribution.

IT IS SO ORDERED.

Dated: December 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge